UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

ALZUBAIR SALEH,

              Defendant.

**ORDER**

23 Cr. 204 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    The Government will respond to Defendant Saleh's application for a bail hearing (Dkt. No. 27) by **Thursday, April 27, 2023**. A bail hearing will take place on **Wednesday, May 3, 2023 at 3:00 p.m.** in courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY.

Dated: New York, New York
       April 26, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge