UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      -against-

ALZUBAIR SALEH,

      Defendant.

**ORDER**

23 Cr. 204 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      In its opposition to Defendant Saleh's motion for a bail hearing, the Government states that (1) "evidence obtained from Saleh's cellphone establishes that Saleh can (and does) obtain firearms and needed . . . . [and] [t]hat evidence also establishes that he shares his firearms with other member[s] of Dub City, including members who have not yet been arrested"; (2) "[m]embers of Dub City regularly engage in violent acts, particularly violent acts involving firearms"; and (3) "members of Dub City who have engaged in violent acts, and who remain in the community, have responded to the Indictment with promises of continuing their criminal behavior . . . . includ[ing] CC-2 . . . recently affirm[ing] on social media that he and the Dub City enterprise at large will continue to engage in violence following the unsealing of the Indictment." (Govt. Opp. (Dkt. No. 32) at 7-8)

      The Government will make a supplemental submission identifying with particularity the evidentiary basis for each of these three statements. All cited evidence – including any text messages and/or social media posts – will be attached as exhibits, with the following exception. To the extent that the Government relies on the videos submitted as exhibits in support of its April 20, 2023 bail memorandum (Dkt. No. 3), it may cite the video exhibits to that filing, and need not re-send them to the Court.

The Government's supplemental submission is due by **Tuesday, May 2, 2023 at 2:00 p.m.**

Dated: New York, New York
May 1, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge