UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

ALZUBAIR SALEH,

                Defendant.

**ORDER**

23 Cr. 204 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        For the reasons stated in open court on May 3, 2023, Defendant Saleh's

application for pretrial release (Dkt. No. 27) is denied.  He will be detained pending trial.

Dated: New York, New York
       May 12, 2023

SO ORDERED.

Paul G. Gardephe
United States District Judge